| | |
|---|---|
| 1 | DEVIN DERHAM-BURK #104353<br>CHAPTER 13 STANDING TRUSTEE |
| 2 | P O Box 50013<br>San Jose, CA 95150-0013 |
| 3 | Telephone: (408) 354-4413 |
| 4 | Facsimile:  (408) 354-5513 |
| 5 | Trustee for Debtor(s) |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re:<br><br>ANDERSON, TODD WILLIAM<br><br><br><br><br><br><br>Debtor(s) | Chapter 13<br>Case No.  12-59130 SLJ<br><br>First Amended<br>TRUSTEE'S OBJECTION TO CONFIRMATION<br>WITH CERTIFICATE OF SERVICE<br><br>Confirmation Date: N/A – Trustee's Pending List<br>Judge: Stephen L. Johnson |

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Pro Tanto Plan for the following reasons:

1. The Trustee is unable to determine whether all of the debtor's projected disposable income is being applied to make payments to unsecured creditors under the plan as required by 11 U.S.C. §1325(b)(1)(B).  Pursuant to the Amended Statement of Current Monthly Income filed May 7, 2013 [Docket #31], the debtor is attempting to deduct $2,852.70 in Line 30 for taxes, and $178.92 in Line 32 for life insurance.  These amounts have not been supported by the schedules, or by the debtor's post-petition pay advices and 2012 tax returns.

Dated: May 10, 2013              /S/ Devin Derham-Burk
                                 Chapter 13 Trustee

Trustee's Objection to Confirmation – 12-59130 SLJ

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within First Amended Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on May 13, 2013.

Said envelopes were addressed as follows:

| Todd William Anderson | The Fuller Law Firm |
| 739 Saint James Pl | 60 N Keeble Ave |
| Morgan Hill, CA  95037-7814 | San Jose, CA  95126 |

/S/  Karen B Huston
Office of Devin Derham-Burk, Trustee