Entered on Docket
May 21, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed May 21, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TODD WILLIAM ANDERSON,<br><br>   Debtor(s). | Case No. 12-59130 SLJ<br><br>Chapter 13<br><br>Date: May 16, 2013<br>Time: 10:00 a.m.<br>Ctrm: 3099 |

**ORDER OVERRULING TECHNOLOGY CREDIT UNION'S OBJECTION TO CONFIRMATION**

    Technology Credit Union's Objection to Confirmation ("Objection") came on for hearing at the above-referenced date and time. Appearances were noted on the record. For the reasons orally stated on the record, good cause appearing,

    IT IS HEREBY ORDERED that the Objection is OVERRULED without prejudice.


\* \* \* END OF ORDER \* \* \*

1

**COURT SERVICE LIST**

[ECF Notifications]